693 A.2d 201

**Robert J. PARSON and Mary Parson, Appellants,**

v.

**Gerald S. ALBRIGHT, M.D.**

Supreme Court of Pennsylvania.

Argued April 29, 1997.

Decided May 20, 1997.

Laurence J. Adams, Lancaster, for Robert J. and Mary Parson.

Linda Porr Sweeney, Lancaster, for Gerald S. Albright, M.D.

26

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.